Joint School District No. 7 of the Towns of Brighton and Paris in Kenosha County, Appellant, vs. Kemen and others, Respondents.

*February 2 — March 1, 1887.*

Appeal to S. C. *(1) When judgment appealable. (2) Appealable order.*

1. A judgment is not appealable until the costs have been taxed and inserted therein or until the time limited by statute for so perfecting the judgment has expired.
2. A mere order for judgment is not appealable.

APPEAL from the Circuit Court for *Kenosha* County.

The facts are sufficiently stated in the opinion.

For the appellant the cause was submitted on briefs by *Henry Wiesmann.*

For the respondents there was a brief by *Quarles & Spence,* and oral argument by *Mr. Spence.*

Joint School Dist. No. 7 of Brighton and Paris vs. Kemen and others.

LYON, J. This appeal is from a judgment of the circuit court dismissing the plaintiff's complaint, with costs, for non-compliance with an order theretofore made in the cause requiring the plaintiff to file security for costs. The appeal was taken and perfected before the costs were taxed and inserted in the judgment. It was therefore prematurely taken, and must be dismissed. *Smith v. Hart*, 44 Wis. 230, and cases cited; *Haseltine v. Simpson*, 61 Wis. 427; *Hoye v. C. & N. W. R. Co.* 65 Wis. 243; *Ballou v. C. & N. W. R. Co.* 53 Wis. 150.

If the case is within the provisions of ch. 202, Laws of 1882 (which is not here determined), the same result follows, for the appeal was taken within less than sixty days after the finding of the court that the plaintiff was in default in respect to filing security for costs, upon which finding the judgment is predicated. Hence the time had not expired which the statute allows the prevailing party for perfecting his judgment. Until this was done, or, not being done, until the time for doing so had expired, the judgment was imperfect and not appealable. *Hoye v. C. & N. W. R. Co. supra.*

If the appeal be regarded as from an order for judgment, instead of a judgment (which seems to be the view taken of it by the counsel for the plaintiff), it must still be dismissed. A mere order for judgment is not appealable. See *Johannes v. Youngs*, 42 Wis. 401.

*By the Court.*— The appeal is dismissed.